**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RONALD HEBERT and <br> AIME DENAULT On Behalf Of <br> Themselves and Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VANTAGE TRAVEL SERVICE, INC. <br> d/b/a VANTAGE DELUXE WORLD <br> TRAVEL and VANTAGE <br> ADVENTURES, <br><br> Defendant. | Case No. 1:17-cv-10922-DJC |

**DECLARATION OF ROBERT C. MUELLER**
**IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS'**
**MOTION TO SUPPLEMENT RECORD CONCERNING PLAINTIFFS'**
**MOTION TO STRIKE/MOTION FOR PARTIAL SUMMARY JUDGMENT**
**AND DEFENDANTS' CROSS-MOTION TO SUPPLEMENT THE RECORD IN**
**OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE/MOTION**
**<u>FOR PARTIAL SUMMARY JUDGMENT</u>**

I, ROBERT C. MUELLER on oath declare as follows:

1.  I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2.  I am one of the attorneys representing the defendant Vantage Travel Service, Inc. ("Vantage Travel") in the above-captioned matter.

3. I make this declaration in support of Vantage Travel's response to plaintiffs' motion to supplement record concerning plaintiffs' motion to strike/motion for partial summary judgment and defendants' cross-motion to supplement the record in opposition to same.

4. Attached hereto as Supplemental Declaration Exhibit 1 are true and accurate copies of selected pages from the February 20, 2019 deposition of the plaintiff Ronald Hebert.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 20TH DAY OF MARCH, 2019.

/s/ *Robert C. Mueller*
_____
Robert C. Mueller (BBO#567599)
Email: rob.mueller@smithduggan.com
SMITH DUGGAN BUELL & RUFO LLP
55 Old Bedford Road, Suite 300
Lincoln, MA  01773-1125
Tel:  (617) 228-4453
Fax:  (781) 259-1112

**CERTIFICATE OF SERVICE**

I, Robert C. Mueller, hereby certify that this document is being filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon those indicated as non-registered participants.

DATED: March 20, 2019

/s/ *Robert C. Mueller*
_____
Robert C. Mueller