# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**RONALD HEBERT ET AL**

               Plaintiff(s)

    v.                            CIVIL ACTION NO. **17-10922-DJC**

**VANTAGE TRAVEL SERVICE, INC.**

               Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  In accordance with the Memorandum of Decision, dated September 24, 2021;

    **IT IS  ORDERED AND ADJUDGED**

    Judgment for the defendant.

                               Robert M. Farrell, Clerk

Dated: September 24, 2021              /s/ Haley Currie

                                ( By )  Deputy Clerk